IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRANDON STRAKA,

Plaintiff,

vs.

NBC UNIVERSAL MEDIA, LLC, CHRIS
HAYES, and ARI MELBER,

Defendants.

**8:22CV434**

**ORDER OF DISMISSAL**

This matter comes before the Court on Plaintiff's Notice of Voluntary of Dismissal (Chris Hayes and Ari Melber Only) (Filing No. 23).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims against Chris Hayes and Ari Melber be dismissed without prejudice.

Dated this 28th day of April, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge